IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANDREW BISHOP, | ) Case No. 5:2010-CV-01713 |
| Plaintiff, | ) JUDGE LIOI |
| vs. | ) |
| GOLDMAN AND ROSEN, LTD., | ) NOTICE OF APPEARANCE |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes James R. Russell, Jr., and hereby enters his appearance as legal counsel for Defendant. Defendant requests that the Clerk note this information on the Official Court Records, and requests that the Clerk and all parties herein to send all future notices in this proceeding to the undersigned until a Notice of Substitution of Counsel is filed in this case.

Date: August 20, 2010.

Respectfully submitted,

**GOLDMAN & ROSEN, LTD.**

*/s/ J.R. Russell, Jr.*
James R. Russell, Jr. (0075499)
11 South Forge Street
Akron, Ohio 44304
Phone: (330) 376-8336
Fax: (330) 315-5133
JRRussell@goldman-rosen.com

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was filed electronically, and served by the EFC system on August 20, 2010. A copy of this pleading was also sent by regular U.S. Mail, postage prepaid, this 20th day of August, 2010, upon:

Mr. Thomas P. Ryan
Attorney at Law
1370 Ontario Street, Suite 2000
Cleveland, OH 44113

                                                Respectfully submitted,

                                                */s/ J.R. Russell, Jr.*
                                                James R. Russell, Jr. (0075499)